<strong>UNITED STATES DISTRICT COURT<br>
MIDDLE DISTRICT OF FLORIDA<br>
ORLANDO DIVISION</strong>

ERY VAZQUEZ,

    Plaintiff,

v.                                            Case No.: 6:20-cv-01019-PGB-EJK

EXECUTIVE MANAGEMENT
SERVICES, INC.,

    Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that pursuant to Local Rule 3.09(a), Parties Ery Vazquez ("Plaintiff") and Executive Management Services, Inc. ("Defendant"), hereby submit this Joint Notice of Settlement to notify the Court that this action has been resolved without compromise.

Dated this 11th day of May, 2021.

Respectfully submitted,

| /s/ *Marc R. Edelman* | /s/*Gregory W. Guevara* |
|---|---|
| **MARC R. EDELMAN, ESQ.** | **Gregory W. Guevara (#16728-49)** |
| Florida Bar No.: 0096342 | **Philip R. Zimmerly (#30217-06)** |
| **GEORGE G. TRIANTIS, ESQ.** | **BOSE McKINNEY & EVANS LLP** |
| Florida Bar No.: 1015574 | 111 Monument Circle, Suite 2700 |
| **MORGAN & MORGAN, P.A.** | Indianapolis, IN 46204 |
| 201 N. Franklin Street, Suite 700 | (317) 684-5000 |
| Tampa, Florida 33602 | (317) 684-5173 (Fax) |
| Telephone: 813-223-5505 | gguevara@boselaw.com |

| | |
|---|---|
| Facsimile: 813-257-0572<br>E-mail: MEdelman@forthepeople.com<br>E-mail: GTriantis@forthepeople.com<br><br>*Attorneys for Plaintiff* | pzimmerly@boselaw.com<br><br>**Michael J. Furbush**<br>**Dean, Mead, Egerton, Bloodworth,**<br>**Capouano & Bozarth, P.A.**<br>420 South Orange Avenue, Suite 700<br>Orlando, FL 32801<br>(407) 841-1200;<br>(407) 423-1831 Fax<br>mfurbush@deanmead.com<br><br>*Attorneys for Defendant, Executive*<br>*Management Services, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2021 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ *Marc R. Edelman*
MARC R. EDELMAN, ESQ.