## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**ERY VAZQUEZ,**

        **Plaintiff,**

**v.**                              **Case No: 6:20-cv-1019-PGB-EJK**

**EXECUTIVE MANAGEMENT**
**SERVICES, INC.,**

        **Defendant.**

_____/

### ORDER

The cause comes before the Court on the parties' Joint Motion for Approval of FLSA Settlement Agreement (Doc. 42 (the "Motion")), filed on June 8, 2021. The United States Magistrate Judge has recommended that the Motion be granted to the extent that the Court finds the Settlement Agreement to be a fair and reasonable compromise of Plaintiff's FLSA after severing the Non-Disparagement Provision of the Settlement Agreement, that the case be dismissed with prejudice, and that the Clerk of Court close the file. (Doc. 47).

After an independent *de novo* review of the record in this matter—and noting that the parties have filed a Joint Notice of Non-Objection (Doc. 48)—the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed November 8, 2021 (Doc. 47) is **ADOPTED** and **CONFIRMED** and made a part of this Order;

2. The Joint Motion for Approval of Settlement Agreement (Doc. 42) is **GRANTED IN PART.**

3. The Non-Disparagement Provision of the Settlement Agreements is **SEVERED**.

4. The parties' Settlement Agreement (Doc. 42-1) as revised, is a fair and reasonable resolution of a *bona fide* dispute under the FLSA;

5. The case is **DISMISSED WITH PREJUDICE**; and

6. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on November 12, 2021.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties